UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

Mike Biesenthal,

    Plaintiff,

v.

    Case No.

Credit Bureau Collection Services, Inc.,
doing business as CBCS,

    Defendant.

## COMPLAINT

Plaintiff, Mike Biesenthal, by his attorneys, Michael M. Durr and Donald M. Craven, complains of Defendant Credit Bureau Collection Services, Inc., doing business as CBCS, and states as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. This action is brought pursuant to the provisions of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA").

2. This Court has jurisdiction pursuant to 15 U.S.C. §1692k(d) as a case arising under the commerce and trade laws of the United States.

3. Venue is proper as the Plaintiff, a consumer, received the collection notice that the claim is based on in this Court's district and such receipt constitutes a substantial part of the events in question.

4. The Plaintiff is a natural person alleged by Defendant to be obligated to pay a debt and is a "consumer" as defined in 15 U.S.C. §1692(a)(3).

5. The Defendant is an Ohio corporation:

    A. Who is registered with the Illinois Secretary of State to conduct business in the State of Illinois;

    B. Who is conducting business in the State of Illinois by using one or more instrumentalities of interstate commerce and/or or the mails in a business the principal purpose of which is the collection of debts and who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another; and

    C. Who is otherwise a "debt collector" as defined in 15 U.S.C. §1692(a)(6).

6. The collection notice resulting in Defendant's liability in this action was mailed by Defendant to Plaintiff on April 3, 2009.

7. On January 8, 2008, the Defendant sent Plaintiff a collection notice on behalf of a third party, Resurgent Capital Services, demanding payment for "Client Account # 60795038" in the amount of $101.19 ("Debt").

8. The Debt contained in the notice was an alleged obligation of Plaintiff to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes and is a "debt" as defined in 15 U.S.C. §1692(a)(5). A copy of the January, 2008 notice is attached hereto as "Exhibit A".

9. On February 6, 2008, as the he was not the party owing the supposed Debt the Plaintiff pursuant to 15 U.S.C. §1692(b) notified the Defendant in writing that he disputed the Debt and also requested from Defendant a verification thereof. A copy of the Plaintiff's counsel's February 6, 2008 letter is attache1d hereto as "Exhibit B".

10. On February 21, 2008, in response to Plaintiff's February 6, 2008, letter, the Defendant sent correspondence to Plaintiff's attorneys stating:

> We have investigated your dispute and have taken the following actions:
> - stopped collecting and closed your collection account(s),
> - returned the collection account(s) to the original creditor, and
> - if we have reported your account(s) to the credit repositories, we will request that the account(s) be deleted from your credit report
>
> This communication is from a debt collector.
> Account Representative
> 1-888-413-0093

A copy of the February 21, 2008 letter from Defendant is attached hereto as "Exhibit C".

11. Based upon Defendant's representations in its February 21, 2008 letter, the Plaintiff assumed the matter was concluded and had his legal counsel close its file on the matter.

12. On April 3, 2009, despite Defendant's representations to Plaintiff in its February 21, 2008 letter, the Defendant sent Plaintiff another collection notice again demanding payment for the Debt (Client Account # 60795038); the amount demanded in the April, 2009 was now $107.63, up from the amount demanded in the January, 2008 letter ($101.19). A copy of the April 3, 2009 letter is attached hereto as "Exhibit D".

13. Section 1692(k) of the FDCPA provides that, in addition to any actual damage sustained by such person as a result of such failure and additional damages as the court may allow not to exceed $1,000.00, costs of the action, together with a reasonable attorney's fee as determined by the Court.

## COUNT I
## (15 U.S.C. § 1125(f))

1-13. Plaintiff realleges paragraphs 1 through 13 of the Allegations Common to All Counts as and for paragraphs 1 through 13 of this Count I.

14. This Count is a claim brought pursuant to Section 1125(f) of the FDCPA, which makes it unlawful for debt collectors to engage in "the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law."

15. In light of the foregoing, the Defendant debt collector is attempting to collect a debt from a consumer that it has previously acknowledged is not owed by agreement or permitted by law in violation of the FDCPA.

WHEREFORE, Plaintiff prays the Court for the following relief:

A. That the Court finds the Defendant liable for violation of the provisions of the FDCPA;

B. That the Court awards Plaintiff judgment against Defendant for his actual damages;

C. That the Court awards Plaintiff judgment against Defendant for additional damages as the Court may allow pursuant to statute;

D. That the Court awards Plaintiff judgment against Defendant for his costs of the action together with a reasonable attorney's fee.

## COUNT II
## (15 U.S.C. § 1125(e))

1-13. Plaintiff realleges paragraphs 1 through 13 of the Allegations Common to All Counts as and for paragraphs 1 through 13 of this Count II.

14. This Count is a claim brought pursuant to Section 1125(e)(2)(A) of the FDCPA, which makes it unlawful for debt collectors to "any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: * * * the false representation of the character, amount, or legal status of any debt".

15. In light of the foregoing, the Defendant debt collector in this action has falsely represented the character, amount and legal status of a debt.

16. A debt collector is liable for a violation of this Section even when the false representation was unintentional and a finding of liability does not require that the misrepresentations be knowing or intentional.

WHEREFORE, Plaintiff prays the Court for the following relief:

A. That the Court finds the Defendant liable for violation of the provisions of the FDCPA;

B. That the Court awards Plaintiff judgment against Defendant for his actual damages;

C. That the Court awards Plaintiff judgment against Defendant for additional damages as the Court may allow pursuant to statute;

D. That the Court awards Plaintiff judgment against Defendant for his costs of the action together with a reasonable attorney's fee.

**MIKE BIESENTHAL, Plaintiff**

By:  /S/   Michael M. Durr
Michael M. Durr, one of his attorneys

Michael M. Durr
Sgro Hanrahan & Durr LLP
1119 South 6th Street
Springfield, Illinois 62703
Telephone: (217) 789-1200

Donald M. Craven
Donald M. Craven PC
1005 North 7th Street
Springfield, Illinois 62702
Telephone: (217) 544-1777

4

PO BOX 69
COLUMBUS OH 43216




#BWNDVGT ****AUTO**ALL FOR AADC 630
#030537331347#   534   0043477
MIKE BIESENTHAL
972 GABRIEL RD
SPRINGFIELD IL 62712-6533

January 8, 2008

***SETTLEMENT OFFER***

Client Name: RESURGENT CAPITAL SERVICES
Client Account #: 60795038

Current Balance: $101.19
Settlement Offer: $50.60

Your past due account has been placed with this office for payment. We have been authorized to offer you a settlement on this account if you agree to pay 50% of the current balance as indicated above. To take advantage of this offer, please send payment to our office. In the event you are unable to make the payment as suggested in this letter, please call our office.

Unless you dispute the validity of the debt or any portion of it, within 30 days after you receive this notice, we will assume this debt is valid. If you notify us in writing within 30 days after you receive this notice, we will obtain and mail to you proof of the debt or a copy of a judgment. Also, upon your written request within 30 days after you receive this notice, we will give you the original creditor's name and address if different from the current creditor. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

Account Representative
1-888-413-0093

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

RETURN THIS PORTION WITH YOUR PAYMENT

Make Payment To:

MIKE BIESENTHAL
Account #: 03-53733134
Balance: $101.19
Settlement Offer: $50.60
RESURGENT CAPITAL SERVICES

534

CBCS
PO BOX 163250
COLUMBUS OH 43216-3250

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | | |
|---|---|---|
| ☐ VISA   ☐ MASTERCARD | | |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | PHONE # (with area code) | |

EXHIBIT
A

0305373313400010119

**SGRO, HANRAHAN & DURR, L.L.P.**
ATTORNEYS AT LAW
1119 SOUTH 6TH STREET
SPRINGFIELD, ILLINOIS 62703

GREGORY P. SGRO
DONALD J. HANRAHAN
MICHAEL M. DURR

TELEPHONE
(217) 789-1200
FACSIMILE
(217) 744-1711

FILE COPY

Direct Telephone: (217) 525-3528
Direct Facsimile: (217) 525-6848

February 6, 2008

CBCS
PO Box 163250
Columbus, Ohio 43216-3250

Certified and Regular US Mail

Re: Mike Biesenthal
Resurgent Capital Services Account # 60795038
CBCS Account # 03-53733134

Dear Debt Collector:

This law firm is legal counsel for Mike Biesenthal, who has provided us a copy of your debt collection notice dated January 8, 2008. A copy of the notice is enclosed. For purposes of Section 1692(b)(6) of the Fair Debt Collection Practices Act ("FDCPA"), please refer all further correspondence and other communication regarding this alleged debt directly to me at this office.

Under the FDCPA 1692(g)(3), this letter notifies you Mr. Biesenthal disputes this debt. As a disputed debt, Biesenthal requests 1) the name and address of the original creditor and 2) verification of the debt or a copy of a judgment and 3) verification of the name and address of the current creditor. As we both know, CBCS must cease all further collection of the disputed debt until you obtain verification as requested in the preceding paragraph and mail it to me on behalf of the consumer.

Thank you in advance for your attention to and assistance in this matter. I look forward to receipt of the verification.

Sincerely,

Michael M. Durr

MMD:mw
Encl.
Cc: Mike Biesenthal

EXHIBIT
B

*Mike Bisenthal*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CBCS
   P.O. Box 163250
   Columbus, OH
   43216-3250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

_[Postmark: COLS OH LOCK BOX 16 FEB 11 2008 USPS]_

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7007 0710 0000 0470 9697

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here   268

Sent To: CBCS
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006   See Reverse for Instructions

_[Vertical barcode number: 7007 0710 0000 0470 9697]_

PO BOX 69
COLUMBUS OH 43216





#BWNDVGT ******AUTO**MIXED AADC 430
#030537331347#  49  0018022
MIKE BIESENTHAL
1119 S 6TH ST
C/O MICHAEL DURR
SPRINGFIELD IL 62703-2405

February 21, 2008

**Client Name: RESURGENT CAPITAL SERVICES**
**Client Account #: 60795038**

We have investigated your dispute and have taken the following actions:

- stopped collecting and closed your collection account(s),
- returned the collection account(s) to the original creditor, and
- if we have reported your account(s) to the credit repositories, we will request that the account(s) be deleted from your credit report.

This communication is from a debt collector.

Account Representative
1-888-413-0093



EXHIBIT C

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

PO BOX 69
COLUMBUS OH 43216



#BWNDVGT ****AUTO**ALL FOR AADC 630
#030782169648#  534  0002566
MIKE BIESENTHAL
972 GABRIEL RD
SPRINGFIELD IL 62712-6533

April 3, 2009

***SETTLEMENT OFFER***

Current Balance: $107.63
Settlement Offer: $53.82

Our Client: RESURGENT CAPITAL SERVICES LP      Our Client Account #: 60795038
ORIGINAL CREDITOR - SPRINT COMMUNICATIONS COMPANY L.P   Orig. Creditor Acct. #: 183965351
Current Creditor: LVNV Funding LLC

Your past due account has been placed with this office for payment. We have been authorized to offer you a settlement on this account if you agree to pay 50% of the current balance as indicated above. To take advantage of this offer, please send payment to our office. In the event you are unable to make the payment as suggested in this letter, please call our office.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

Account Representative
1-888-413-0093

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

-------------------------------------------------

RETURN THIS PORTION WITH YOUR PAYMENT

MIKE BIESENTHAL                                          534
Account # : 03-78216984
Balance: $107.63
Settlement Offer: $53.82
RESURGENT CAPITAL SERVICES LP

Make Payment To:

CBCS
PO BOX 163250
COLUMBUS OH 43216-3250

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | | |
|---|---|---|
| ☐ VISA    ☐ MASTERCARD | | |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | PHONE # (with area code) | |



EXHIBIT
D

0307821698400010763